UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 5:23-cv-01614-ODW (KKx) | Date | September 16, 2024 |
|---|---|---|---|
| Title | *Wafaa Assad Mekhaeel et al. v. United States Department of Homeland Security et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**                **In Chambers**

On October 10, 2023, the Court granted the parties' joint stipulation to stay the case pending adjudication of application. (ECF No 21.) The Court ordered the parties to file joint status reports informing the Court of the status of the immigration proceedings on September 1, 2024, and December 1, 2024. (*Id.*) The parties have not filed the status report due on September 1, 2024. Accordingly, the Court **ORDERS** the parties **TO SHOW CAUSE**, in writing only, why the Court should not dismiss this case or sanction the parties for failure to comply with this Court's orders. The Court will consider the filing of a joint status report to be an appropriate response to this order. No hearing will be held. The parties shall respond to this order **within seven (7) days**. Failure to timely and adequately comply with this order may result in dismissal of this action or other sanctions without further notice.

                                                      :    00

Initials of Preparer    SE